**Order filed, January 21, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00915-CV

_____

**IN THE MATTER OF THE MARRIAGE OF CLIFFORD LAYNE HARRISON AND CONNIE VASQUEZ HARRISON AND IN THE JOINT INTEREST OF JOHN ERNEST LEE HARRISON II, AND VICTORIA MADELINE HARRISON, CHILDREN, Appellant**

---

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2006-68864**

---

## ORDER

The reporter's record in this case was due **December 23, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Marilee Anderson**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM